332

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66440.**—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 61/1163, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152), C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 66441.**—Engis Equipment Co. *v.* United States, protests 59/19025–10887, etc. (Chicago).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66442.**—Eric Wedemyer, Inc., et al. *v.* United States, protests 59/6909, etc. (New York).